**17** WATSON vs. CIRCUIT JUDGE (Wayne), 24 M., 38.

To vacate an order setting aside as irregular and unauthorized the service of a summons in favor of the relator against a foreign corporation, the return showing service as having been made on the secretary.

Denied November 1, 1871.

Held, that the Statute (Comp. Laws, Sec. 4835) providing for service on various named corporation officers only applies to our own corporations and was not designed to reach foreign corporations.

**18** DETROIT FIRE & MARINE INS. CO. vs. CIRCUIT JUDGE (Saginaw), 23 M., 491.

To compel the vacation of an order directing service of process against the relator to be made upon one Edward P. Allen, the agent of the company in that county, issued upon an affidavit of the attorney for plaintiff, setting forth that the relator had no presiding officer, cashier, secretary or treasurer within the limits of that county.

Granted October 17, 1871, with costs against the plaintiff.

Held, that substituted service, under Comp. Laws, Sec. 4835, on a domestic corporation located in this state, can be made only in the county where such corporation has its principal office.

**19** LANGE ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 12297.

To compel respondent to set aside service of narr.

Denied October 29, 1891, with costs.

Cause commenced August 6, 1891. Sheriff returned that he made service July 29, 1891. Defendants appeared specially and moved to quash. Sheriff then filed affidavit alleging the mistake and made a return showing service August 6, 1891.